UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 02-44 MJD

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY ANDREW LYMAN,<br><br>Defendant. | REASSIGNMENT OF CRIMINAL CASE |

The following criminal case has been reassigned as follows:

Criminal No.

02-44 MJD

Defendant Name

ANTHONY ANDREW LYMAN

Remove AUSA

Jim Lackner

Add AUSA

Bill Otteson

Dated: February 13, 2008

FRANK J. MAGILL, JR.
Acting United States Attorney

s/Jeffrey S. Paulsen
BY: Jeffrey S. Paulsen
Assistant U.S. Attorney