UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | Criminal No. 02-44(1) (MJD) |
| v. | ) | **MOTION FOR RESENTENCING PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| ANTHONY ANDREW LYMAN, Defendant. | ) | |

Mr. Lyman through counsel, moves this Court pursuant to 18 U.S.C. § 3582(c) for an order reducing the term of imprisonment from 135 months to a sentence of 108 months on the grounds that the retroactive amendment to the crack cocaine guideline changes the base offense level in Mr. Lyman's case from 33 to 31.

The sentencing factors in this case are straightforward. Mr. Lyman's original guideline range was based on a total offense level 33 and a criminal history category I, resulting in a guideline range of 135 - 168 months. The court imposed a sentence of 135 months, the bottom of the range. Applying the November 1, 2007, crack cocaine guideline amendments reduces Mr. Lyman's total offense level from 33 to level 31, resulting in new guideline range of 108 - 135 months.

Mr. Lyman has a current BOP release date of June 22, 2012. With a sentencing reduction of 27 months he will be eligible for release from BOP custody on or about August 22, 2010. Accordingly, Mr. Lyman moves the Court to issue an Order reducing his sentence to 108 months.

Dated: June 25, 2008

Respectfully submitted,

*s/ Caroline Durham*

CAROLINE DURHAM
Attorney ID No. 24921X
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415