# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

ANTHONY ANDREW LYMAN,
Defendant.

**CERTIFICATE OF SERVICE**

Criminal No: 02-44(1) (MJD)

I hereby certify that on June 25, 2008, I caused the following document(s):

1. Defendant's Motion for Resentencing Pursuant to 18 U.S.C. § 3582(c)(2);

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

James Lackner
Assistant U.S. Attorney

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

N/A

Dated: June 25, 2008

*s/ Caroline Durham*

CAROLINE DURHAM
Attorney ID No. 24921X
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415